

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>$118,880.00 IN U.S. CURRENCY, )<br>)<br>Defendant. )<br>_____) | CASE NO. 21-cv-03873-CAP |

## VERIFIED CLAIM

## BY BRUCE SMITH AND PRO D&B LOGISTICS, LLC

COMES NOW, the Claimants, BRUCE SMITH ("Smith") and PRO D&B LOGISTICS, LLC ("Pro D&B"), and assert their interest in the above styled defendant property, to wit $118,880 in U.S. Currency ("Defendant Property"), and hereby contest the instant forfeiture. Pursuant to *18 U.S.C. 983(a)(4)(A)* and *Rules G(4)* and *G(5)* of the *Supplemental Rules For Admiralty or Maritime Claims and Asset Forfeiture Actions*, Smith and Pro D&B state as follows:

1. Specific Property Being Claimed:    $118,880.00 in U.S. Currency

2. Identity of the Claimants:    Bruce Smith and Pro D&B Logistics, LLC.

3. <u>Claimants' Interest in the Property:</u>   Pro D&B claims an ownership interest in the Defendant Property. It was acquired from the operation of Pro D&B's trucking business and economic relief given to Pro D&B by the U.S. Government in response to the Coronavirus Pandemic.

Smith also asserts an ownership and possessory interest in the Defendant Property. He is an owner of Pro D&B and is also one of its corporate officers/authorized representatives. As an owner of Pro D&B, he has an ownership interest in the Defendant Property. Additionally, Smith possessed the Defendant Property at the time of seizure, on behalf of Pro D&B, for the purpose of purchasing a new truck for Pro D&B.

## OATH UNDER PENALTY OF PERJURY

I declare under penalty of perjury, under the laws of the United States of America, that all of the foregoing is true and correct.

Signed,

DocuSigned by:
*Bruce Smith*
DE0C276317534E1...

**Bruce Smith**
Personally and on Behalf of
Pro D&B Logistics, LLC

Date: 11/16/2021

**Wessels & Gerber, PC**

─DocuSigned by:

Sanford Gerber, Esq.
─F4BC0820904F4CB...

**Sanford Gerber, Esq.**
Counsel Bruce Smith and
Pro D&B Logistics, LLC

Member GAMD
GA Bar #: 291485

5491 Roswell Road
Bldg. A, Ste.200
Atlanta, GA 30342
404-257-1011 (Office)
sandy@wesselsandgerber.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document was served on the following parties via CM/ECF on November 16, 2021.

### SERVICE LIST

**AUSA Cynthia Smith**
United States Attorney's Office
Northern District of Georgia, Atlanta Division
75 Ted Turner Drive, SW
Suite 600
Atlanta, GA 30303
cynthia.smith2@usdoj.gov