# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 21-cv-03873-CAP |
| ) | |
| ) | |
| $118,880.00 IN U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

For good cause shown, the Consent Motion to Extend the Discovery Period is hereby GRANTED. The parties shall have until September 6, 2022 to complete discovery.

SO ORDERED this _____ day of June, 2022.


_____
HON. CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE