IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>*v.*<br><br>$118,880.00 IN UNITED STATES CURRENCY,<br><br>DEFENDANT. | Civil Action No.<br><br>1:21-CV-03873-CAP |

## CONSENT ORDER OF FORFEITURE

On September 20, 2021, the United States of America filed a Complaint for Forfeiture pursuant to various statutes, including 18 U.S.C. §§ 981(a)(1)(C) and 21 U.S.C. § 881(a)(6), against $118,800.00 in United States Currency, (the "Defendant Currency"), which law enforcement officers seized on or about March 2, 2021, at Hartsfield-Jackson Atlanta International Airport. [Doc. 1]. The United States Marshals Service arrested the Defendant Currency on September 30, 2021. [Doc. 5]. The United States served direct notice of the forfeiture action and copies of the Complaint for Forfeiture on Claimant Bruce Smith, individually, and on counsel for Claimant Pro D & B Logistics, LLC, via certified mail, return receipt requested and via first class mail. [Docs. 3-4]. The United States notified all potential claimants by publishing a notice at *www.forfeiture.gov* for 30 consecutive

days beginning on October 14, 2021. [Doc. 6]. On November 19, 2021, Claimants Bruce Smith and Pro D & B Logistics, LLC, filed a Verified Claim via attorney Brian Silber [Doc. 9] and then filed an answer on December 7, 2021. [Doc. 12].

No one other than Claimants has filed a claim to the Defendant Currency. Moreover, Claimants contend that they are the sole owner of the Defendant Currency. The United States and Claimants have entered into a Stipulation of Final Settlement and Release of All Claims resolving all of the issues raised in the Complaint for Forfeiture. Specifically, the parties have agreed that the United States shall release $83,216.00 of the Defendant Currency in consideration of Claimants' agreement to forfeit to the United States $35,664.00 of the Defendant Currency, and that this shall constitute a full and final settlement of all claims that Claimants have as a result of the seizure, detention, forfeiture, and disposal of the Defendant Currency.

WHEREFORE, the Court hereby finds that the United States has furnished due and legal notice of this proceeding as required by statute; that all persons known to the United States to have a possible interest in the Defendant Currency

have received notice in this action; and that no one other than Claimants have claimed an interest in any of the Defendant Currency.

Therefore, IT IS HEREBY ORDERED AS FOLLOWS:

1. A Final Judgment of Forfeiture is hereby entered in favor of the United States against $35,664.00 of the Defendant Currency, which shall be disposed of by the United States according to law and the terms of this Order.

2. The United States shall disburse $83,216.00 of the Defendant Currency to Claimants, by and through their attorney, Brian Silber. Claimants shall not be entitled to receive any further payment from the United States as a result of the seizure, detention, forfeiture, and disposal of the Defendant $35,664.00.

3. The parties shall be responsible for payment of their own expenses, including attorney fees, incurred in connection with this proceeding.

4. This case shall be closed.

SO ORDERED, this 18th day of August, 2022.

___/s/ Charles A. Pannell, Jr._____
THE HONORABLE CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE

| PREPARED BY: | CONSENTED TO BY: |
|---|---|
| RYAN K. BUCHANAN<br>    *United States Attorney* | ATTORNEY FOR CLAIMANT |

PREPARED BY:

RYAN K. BUCHANAN
    *United States Attorney*

/s/ Cynthia B. Smith
Cynthia B. Smith
Assistant United States Attorney
Georgia Bar No. 655473
75 Ted Turner Dr., S.W.
Ste. 600
Atlanta, GA 30303
404-581-6219
Cynthia.smith2@usdoj.gov

CONSENTED TO BY:

ATTORNEY FOR CLAIMANT

*Brian Silber*    8/9/2022
_____
Brian Silber
Florida Bar No.: 0640646
916 S. Andrews Ave.
Ft. Lauderdale, FL 33316
(954) 4623636 (Telephone)
silberlaw@gmail.com

*Bruce Smith*    8/9/2022
_____
Bruce Malcolm Smith, Claimant

*Bruce Smith*    8/9/2022
_____
Pro D & B Logistics, LLC, Claimant

   8/10/2022
_____
Dominique Excell, Pro D & B Logistics